IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| RODGERS DANTE,       | Civil Action            |
|      Plaintiff,      | No. 16-5952 (JBS-AMD)   |
|      v.              | **MEMORANDUM OPINION**  |
| CAMDEN COUNTY JAIL,  |                         |
|      Defendant.      |                         |

**SIMANDLE, Chief District Judge**

Plaintiff Rodgers Dante seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

Plaintiff submitted a blank application. Plaintiff must complete the application before the Court can consider it. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed.

An appropriate order follows.

**April 27, 2017**        **s/ Jerome B. Simandle**
Date       JEROME B. SIMANDLE
      Chief U.S. District Judge